Dear Abel Acosta, I'm not writing you this letter for any legal questions or advise, I just need to know so if you recived any mail that sent to your office during the month of April I mailed A some legal documents along with a brief explaining the documents that showed obvious violations. Also did the Courts review my Video interview

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

where I could not have also did the Courts review my Video interview A no then they will see where I could not have committed this Offense. Like I stated before I am not only asking advise or information. I mailed these documents (TDCJ indigent department) around the week of April 6th 2015 I did not get the refusal until around 4-10-15 so I'm just asking if your Office recived any of my mail that was mailed around 4-6-15 Thank you